**Order entered June 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00042-CV

### FIRST OVILLA, LLC, Appellant

### V.

### JOHN PRIMM, ET AL., Appellees

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-17-01696-A**

## ORDER

Before the Court is the June 24, 2019 motion of appellee John Primm for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **Monday, July 29, 2019**.

/s/    BILL WHITEHILL
       JUSTICE